RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _/0/ /8//0_
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

JOYCE BEARDEN                                    CIVIL ACTION NO.  09-0636

VERSUS                                           JUDGE ROBERT G. JAMES

MICHAEL J. ASTRUE,                               MAG. JUDGE KAREN L. HAYES
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION

## JUDGMENT

The Report and Recommendation [Doc. No. 21] of the Magistrate Judge having been considered, with no objections being filed, and, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Petition for Attorney Fees [Doc. No. 18] is GRANTED, and the Commissioner of the Social Security Administration is ORDERED to pay attorney's fees to Plaintiff in the amount of $4,740.00 (31.6 hours at $150.00 per hour) plus expenses and costs of $488.90, for a total fee and cost award of $5,228.90.

MONROE, LOUISIANA, this _17_ day of October, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE